JULIUS METROKA, an Infant, by GEORGE METROKA, His Guardian ad Litem, et al., Respondents, v. FORDHAM UNIVERSITY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Settle order. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

ARTHUR ANTONISON et al., Plaintiffs, v. JOSEPH F. BRODERICK et al., Appellants. JAMES F. GIBBS et al., Respondents, v. JOSEPH F. BRODERICK et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Present — Peck, P. J., Callahan, Breitel, Botein and Rabin, JJ.

In the Matter of the Construction of the Will of EDWARD C. BALLOU, Deceased. NETTIE WRIGHT et al., Appellants. CITY BANK FARMERS TRUST COMPANY, as Executor of EDWARD C. BALLOU, Deceased, et al., Respondents.— Decree, insofar as appealed from, unanimously affirmed, with costs payable out of the estate. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ. [206 Misc. 442.]

In the Matter of SHELBY COTTON MILLS, Respondent, against ALFIL TEXTILE CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to respondent. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

AGNES ALEXANDER, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

IRVING HORN, Respondent, v. LANGER & LANGER, INC., Appellant, and HUDSON DRIVE CORPORATION, Respondent.— Determination unanimously affirmed, with costs. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Rabin, JJ.

In the Matter of MAPLE GROVE CEMETERY ASSOCIATION, Appellant, against THOMAS J. CURRAN et al., Constituting the Cemetery Board of the State of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See ante, p. 802.]

ALBERT FLEGENHEIMER v. LEON BERGL et al.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Botein, JJ. [See ante, p. 805.]

ISRAEL & CO. v. ALBERT BRADICK et al.— Motion for reargument denied, with $10 costs. Order filed. The court in disposing of the appeal in this matter had not overlooked the stipulation between the parties. The disposition was made in the exercise of discretion in accordance with what the court considered would be the proper procedure, under the circumstances in this case. Present — Peck, P. J., Cohn, Breitel and Bastow, JJ. [See ante, p. 868.]